UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

In Re: MAXIMUM RATES FOR TRANSCRIPT FEES               No. 3:83mc-3

Order Conforming Transcript Fee Rates to
Standard of the Judicial Conference of the United States

Pursuant to and in accordance with action taken at the March 2018 Judicial Conference of the Untied States, the Court ORDERS that

Effective immediately, the rates for both government-paid and private-paid transcripts are as follows:

|  | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|
| **Ordinary Transcript** (30 day)<br>A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript**<br>A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $.90 | $.60 |
| **Expedited Transcript** (7 day)<br>A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **3-Day Transcript**<br>A transcript to be delivered within three (3) calendar days after receipt of an order. | $5.45 | $1.05 | $.75 |
| **Daily Transcript**<br>A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. | $6.05 | $1.20 | $.90 |
| **Hourly Transcript**<br>A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript**<br>A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | One feed,[1] $3.05 per page; two-to-four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

[1] A realtime "feed" is the electronic data flow from the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom.

A certified copy of this Order shall be forwarded to the Director of the Administrative Office of the United States Courts.

SO ORDERED, This 25th day of April, 2018.

*Sharion Aycock*
SHARION AYCOCK, CHIEF JUDGE